IN RE REGISTRATION FOR COOPERATIVE CONVERSION OF
WOODCLIFF GARDENS.

June 21, 1988.

Petition for certification denied.   (See 224 *N.J.Super.* 168)

IN THE MATTER OF THE ESTATE OF KADLEY S.
KING, DECEASED.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MANDEL GAUFF.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LUCETTA ZEE.

June 21, 1988.

Petition for certification denied.